ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 06 2022

at 9 o'clock and 4 min. AM
MICHELLE RYNNE, CLERK

MC 22-00005 LEK-KJM

In the Matter of

Thomas Domenico Sands

## ORDER TO SHOW CAUSE

The Court having recently been advised that an Order of Suspension was filed in the Supreme Court of the State of Hawaii on December 22, 2021, suspending Thomas Domenico Sands from the practice of law in this jurisdiction for a period of 90 days, pursuant to RSCH Rule 2.15, effective 30 days from entry of that order; and

It appearing to the Court that Thomas Domenico Sands was admitted to practice before this Court on June 1, 2012;

IT IS HEREBY ORDERED that Thomas Domenico Sands show cause within fourteen (14) days of the mailing of this Order why he should not be suspended from practicing in this Court, consistent with the suspension terms issued by the Hawaii Supreme Court on December 22, 2021, in accordance with Local Rule 83.4(b). Failure to respond to this Order may result in the Court ordering the suspension of Thomas Domenico Sands from practicing before this Court without further notice.

In responding to this Order to Show Cause, counsel should be aware of the relevant legal standards applicable to reciprocal discipline. As stated in *In Re Kramer*, 282 F.3d 721, 724 (9th Cir. 2002), "a federal court's imposition of reciprocal discipline on a member of its bar based on a state's disciplinary adjudication is proper unless an independent review of the record reveals: (1) a deprivation of due process; (2) insufficient proof of misconduct; or (3) grave injustice which would result from imposition of such discipline." Further, it is the burden of the disciplined attorney to demonstrate one of the three deficiencies by clear and convincing evidence, *id.*, and this Court presumes the correctness of a state bar court's factual findings. *See Gadda v. Ashcroft*, 377 F.3d 934, 943 (9th Cir. 2004). Finally, an attorney may argue that the conduct warrants a substantially different discipline than applied elsewhere.

Alternatively, Thomas Domenico Sands may submit a letter of resignation in lieu of discipline, in which case no disciplinary action will be taken by this Court.

DATED: January 4, 2022 at Honolulu, Hawaii

DERRICK K. WATSON
UNITED STATES DISTRICT JUDGE

Order to Show Cause- Thomas Domenico Sands